STEVEN R. LOVETT, ESQ.   BAR NO. 82369    (AREA BELOW FOR FILING STAMP ONLY)
**LAW OFFICE OF STEVEN R. LOVETT**
SUITE 380
21860 BURBANK BOULEVARD
WOODLAND HILLS, CALIFORNIA  91367-7473
TELEPHONE  (818)999-9397
FACSIMILE  (818)999-5048
E-MAIL: slovett@lovettlawusa.com

Attorneys for Defendant
Jill C. Armitstead fka Jill C. Henze

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER SPORTS UNLIMITED, LLC, a Colorado corporation; JILL C. HENZE, an individual; TERRY A. HENZE, an individual,<br><br>Defendants. | CASE NO. SACV 09-1475 AG (RNBX)<br><br>**JUDGMENT**<br><br>CTRM: 10D<br>JUDGE: Andrew J. Guilford/<br>Robert N. Block |

The court having considered the accompanying Stipulation of the parties, and good cause appearing therefor:

IT HAS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation, recover from defendant JILL C. HENZE, aka JILL ARMITSTEAD, the total sum of

**1**

---

LAW OFFICE OF STEVEN R. LOVETT                    JUDGMENT ON STIPULATION FOR JUDGMENT
SUITE 380
21860 BURBANK BOULEVARD
WOODLAND HILLS, CALIFORNIA 91367-7473

1 | $142,593.43.

3 | DATED: June 28, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT