STEVEN T. GUBNER - Bar No. 156593
TALIN KESHISHIAN - Bar No. 201830
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email:   sgubner@ebg-law.com
         tkeshishian@ebg-law.com

Attorneys for Plaintiff,
Kawasaki Motors Finance Corporation

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>POWER SPORTS UNLIMITED LLC, a Colorado corporation, JILL C. HENZE, an individual, and TERRY A HENZE, an individual,<br><br>    Defendants. | Case No. SACV09-1475 AG (RNBX)<br><br>**JUDGMENT**<br><br>Action filed: December 14, 2009<br>Judge: Hon. Andrew J. Guilford<br><br>Date: July 19, 2010<br>Time: 10:00 a.m.<br>Courtroom: 10D |

The Application of Plaintiff, KAWASAKI MOTORS FINANCE CORPORATION for entry of Default Judgment as the Defendants POWER SPORTS UNLIMITED LLC, a Colorado corporation, and TERRY A HENZE, an individual, came on for hearing on July 19, 2010, at 10:00 a.m. before the Honorable Andrew Guilford, United States District Judge. The Court having found that the entry of default is appropriate,

///

-1-

1  IT IS HEREBY ORDERED:

2  Judgment in this case is granted in favor of Plaintiff, KAWASAKI MOTORS
3  FINANCE CORPORATION, and against POWER SPORTS UNLIMITED LLC, a
4  Colorado corporation, and TERRY A HENZE, an individual (collectively,
5  "Defendants"), as follows:

6  a. Defendants, and each of them, shall pay Kawasaki Motors Finance
7  Corporation the total default judgment sum of $149,045.25 ~~$149,583.20~~
   (not including costs)

9  Dated: JULY 19, 2010

   _____
   Honorable Andrew Guilford
   United States District Court Judge

-2-
Judgment